**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12-cr-2851-MMA |
| Plaintiff, | ) | |
| | ) | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| v. | ) | |
| FEDENCIO PEREZ-GONZALEZ, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

**IT IS HEREBY ORDERED** that the Complaint and Indictment in the above-entitled case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

DATED: August 3, 2012

*[signature]*

Hon. Michael M. Anello
United States District Judge